IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ROBERT E. MCREYNOLDS**                                                             **PLAINTIFF**

**v.**                                 **CIVIL ACTION NO.: 1:20-cv-66-SA-RP**

**ANDREW SAUL, COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                    **DEFENDANT**

### ORDER GRANTING UNOPPOSED MOTION FOR REMAND

THIS CAUSE having come on for hearing on the Defendant's Motion for Remand [ECF No. 25] and this Court, having considered the same and being fully advised in the premises, and noting that Plaintiff has no objection, is of the opinion that said Motion for Remand is well taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant's Motion for Remand is GRANTED and this matter is REVERSED and REMANDED for further action by the Commissioner of the Social Security Administration pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS FURTHER ORDERED that the Commissioner will consider and then explain the persuasive value of Carol Kossman, M.D. and Patricia Cott, Ph.D.'s findings, then evaluate the residual functional capacity of Plaintiff Robert E. McReynolds. If necessary, the Commissioner will also obtain supplemental vocational expert testimony to render a new decision.

SO ORDERED AND ADJUDGED, this the 23rd day of February, 2021.

                                                                      /s/ Sharion Aycock
                                                                      UNITED STATES CHIEF DISTRICT JUDGE
                                                                      SHARION AYCOCK

- 2 -

PREPARED BY AND AGREED TO:

*/s/ J. Luke Benedict*
J. Luke Benedict - MS BAR #102992
Assistant United States Attorney
Northern District of Mississippi
Ethridge Professional Building
900 Jefferson Avenue
Oxford, MS 38655-3608
Telephone: (662) 234-3351
E-Mail: luke.benedict@usdoj.gov
*Attorney for Andrew Saul, Commissioner of the Social Security Administration*

AGREED TO:

*/s/ Sarah L. Dickey (with permission)*
Sarah L. Dickey – MS BAR #104354
The Pearson Law Firm, PLLC
428 North Lamar Blvd., Suite 108
Oxford, MS 38655
Telephone: (662) 238-3339
E-Mail: sarah@keithpearsonlaw.com
*Attorney for Plaintiff Robert E. McReynolds*